# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

APPEARANCE

MAGEEDAH AKHTAB, JEFREE ARIAS,      Case Number: 08 CV 3088 (AKH)

NICOLA H. BLACK, VINCENTA HUNTER,

QUSQUQUZAH MUHAMMAD and FRED ROHENA

Plaintiffs,

-against-

BCBG MAX AZRIA GROUP, INC.

Defendant.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant BCBG Max Azria Group Inc.

I certify that I am admitted to practice in this court.

April 21, 2008
Date

Signature

Lori D. Bauer, Esq. (LB 8098)
Print Name

JACKSON LEWIS LLP, 59 Maiden Lane
Address

New York,   NY          10038
City        State       Zip Code

212-545-4000            212-972-3213
Phone Number            Fax Number