# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

APPEARANCE

MAGEEDAH AKHTAB, JEFREE ARIAS,   Case Number: 08 CV 3088 (AKH)

NICOLA H. BLACK, VINCENTA HUNTER,

QUSQUQUZAH MUHAMMAD and FRED ROHENA

Plaintiffs,

-against-

BCBG MAX AZRIA GROUP, INC.

Defendant.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant BCBG Max Azria Group Inc.

I certify that I am admitted to practice in this court.

April 21, 2008
Date

_[signature]_
Signature

Nicole Q. Saldana, Esq.   (NS 6524)
Print Name

JACKSON LEWIS LLP, 59 Maiden Lane
Address

New York,   NY        10038
City         State     Zip Code

212-545-4000              212-972-3213
Phone Number              Fax Number