UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAGEEDAH AKHTAB, JEFREE ARIAS, NICOLA H. BLACK, VINCENTA HUNTER, QUSQUQUZAH MUHAMMAD AND FRED ROHENA,<br><br>Plaintiffs,<br><br>vs.<br><br>BCBG MAX AZRIA GROUP INC.,<br><br>Defendant. | Case No. 08-3088<br><br>**7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local Rule General Rule 1.9) and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for BCBG Max Azria Group, Inc. certifies that it is a privately held company and there are no parents, trusts, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038
(212) 545-4000

Dated: June 16, 2008
New York, New York

By: _____
Lori D. Bauer (LB 8098)
Nicole Q. Saldana (NS 6524)

ATTORNEYS FOR DEFENDANT,
BCBG MAX AZRIA GROUP INC.