



## PAUL S. McDONOUGH

Attorney & Counselor at Law

50 Broad Street, Suite 1800

New York, New York 10004

PHONE (212) 509-2050; FAX (212) 344-5163

McDonoughLaw@GMail.com

# COVER FAX SHEET

| | |
|---|---|
| To: | Honorable Alvin K. Hellerstein |
| Company: | United States District Court, Southern District of New York |
| From: | Paul S. McDonough |
| Fax #: | 212-805-7942 |
| Subject: | Court Conference |
| Time/Date: | June 13, 2008 (11:49am) |
| Client/Matter #: | Akhtab, et. al. V. BCBG — 08 CV 3088 |
| Pages: | 2, including this cover sheet. |
| Original: | ___ Will   X  Will Not Follow |

*So ordered 6.16.08* [handwritten signature]

MESSAGE:

Dear Judge Hellerstein:

      Counsel for the parties jointly request a one month extension of the date for the initial Court Conference currently scheduled for June 20, 2008, at 9:30 a.m. to Friday July 25, 2008 at 9:30 a.m. This is the first request for an extension.

      The reasons for the request are as follows:

a)     Issue has not been joined. The Defendant's Answer is not due until immediately before the Conference.

b)     We are preparing Initial Disclosures and believe that allowing each of us to review the other's and then meet and confer on Electronic Discovery would allow us to more effectively prepare a Case Management Plan, but this will require the

additional time.

    Thank you for your courtesy and consideration.

                         Yours truly,

                         Paul S. McDonough

cc:    Lori D. Bauer, Esq.
       David G. Gabor, Esq.

**Confidentiality Note:** This facsimile contains privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this facsimile is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via the U.S. Postal Service. Thank you.